# UNITED STATES COURT OF APPEALS

## FIFTH CIRCUIT
_____

No. 99-40547
_____

EULOGIO MIRELES; BARTOLO MENDIOLA; ISRAEL
TREVINO; FRANCISCO GONZALES,

Plaintiffs - Appellants,

versus

ARTHUR BROTHERS INC,

Defendant - Appellee.
_____

No. 99-40557
_____

OSCAR GUERRA,

Plaintiff - Appellant,

versus

CELANESE CORP; CELANESE CHEMICAL CO; ARTHUR
BROTHERS INC,

Defendants - Appellees.

Appeals from the United States District Court
for the Southern District of Texas
District Court numbers C-76-134, C-80-115

Before JOLLY, HIGGINBOTHAM, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5TH CIR. R. 47.6.

---

[*]      Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.